IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ENDURANCE AMERICAN INSURANCE COMPANY** | * * * | **CIVIL ACTION NO.:** |
| | * | **SECTION:** |
| **VERSUS** | * * | **JUDGE:** |
| | * | |
| **CHEYENNE PARTNERS, LLC, et al.** | * | **MAGISTRATE JUDGE:** |

### COMPLAINT FOR INTERPLEADER

NOW INTO COURT, through undersigned counsel, comes Endurance American Insurance Company ("Endurance"), a Delaware corporation, and submits this Complaint for Interpleader pursuant to Rule 22 of the Federal Rules of Civil Procedure, and would show the Court as follows:

### I.    THE PARTIES

1.

Plaintiff, Endurance American Insurance Company, is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in New York, New York. During all times referred to in the Complaint for Interpleader, Endurance, was authorized to do business and was doing business in the State of Louisiana.

2.

Defendant Cheyenne Partners, LLC ("Cheyenne") is a limited liability company organized and existing under the laws of the State of Louisiana, with its principal place of business in Lafayette, Louisiana. Cheyenne's registered agent for service of process is attorney Emile Joseph, Jr. of Allen & Gooch, 2000 Kaliste Saloom Rd Suite 400, Lafayette, LA 70508. Based upon information and belief, Cheyenne is a citizen of the State of Louisiana.

3.

Defendant Eagle Air, LLC ("Eagle Air") is a limited liability company organized and existing under the laws of the State of Louisiana, with its principal place of business in Lafayette, Louisiana. Eagle Air's registered agent for service of process is Michael Hebert, 310 Laser Lane, Lafayette, LA 70507. Based upon information and belief, Eagle Air is a citizen of the State of Louisiana

4.

Defendant Global Data Systems, Inc. ("GDS") is a corporation organized and existing under the laws of the State of Louisiana, with its principal place of business in Lafayette, Louisiana. GDS' registered agent for service of process is Charles E. Vincent, 310 Laser Lane, Lafayette, Louisiana 70507. Based upon information and belief, GDS is a citizen of Louisiana.

5.

Defendant SLD Aircraft, LLC ("SLD Aircraft") is a limited liability company organized and existing under the laws of the State of Louisiana, with its principal place of business in Lafayette, Louisiana. SLD Aircraft's registered agent for service of process is Rodney L. Savoy, 1100 Camellia Blvd., STE 201, Lafayette, Louisiana 70508. Based upon information and belief, SLD Aircraft is a citizen of the state of Louisiana.

6.

Defendant Southern Lifestyle Development Company, LLC ("Southern") is a limited liability company organized and existing under the laws of the State of Louisiana, with its principal place of business in Lafayette, Louisiana. Southern's registered agent for service of process is Tricia Sieferman, 1100 Camellia Blvd., STE 201, Lafayette, Louisiana 70508. Based upon information and belief, Southern is a citizen of the state of Louisiana.

7.

Defendant Rodney Savoy is an adult citizen of Louisiana and he resides at 312 Princeton Woods Loop, Lafayette, Louisiana 70508. Mr. Savoy is a manager of both SLD Aircraft and Southern.

8.

Decedent Ian Biggs was an adult citizen of Louisiana and he resided at 118 Bermuda Circle, Scott, Louisiana 70583. The administratrix of Mr. Biggs estate is his surviving spouse, Shannon Webb Biggs. In her capacity as administratrix of the Estate of Ian Biggs, Mrs. Biggs may be served at 118 Bermuda Circle, Scott, Louisiana 70583.

9.

Defendant/Claimant Steven Ensminger, Jr. is an adult citizen of Louisiana and he resides at 1183 Highway 1 S, Donaldsonville, Louisiana, 70346. Mr. Ensminger is the surviving spouse of decedent Carley Ann McCord.

10.

Defendants/Claimants Tracy and Karen McCord are adult citizens of Louisiana and they reside at 5815 S. Shore Drive, Baton Rouge, Louisiana 70817. The McCords are the parents of decedent Carley Ann McCord.

11.

Defendant/Claimant Chris Vincent is an adult citizen of Louisiana and he resides at 214 Brahmwell Court, Lafayette, Louisiana 70508. Mr. Vincent is the surviving spouse of decedent Gretchen Vincent and the father of decedent, a minor, Michael Walker Vincent.

12.

Defendants/Claimants Stephen Wade Berzas and MacKenzie Berzas are adult citizens of Louisiana and they reside at 3321 Higginbotham Highway, Church Point, Louisiana 70525. Mr. Berzas is a surviving passenger and he is married to Mrs. Mackenzie Berzas.

13.

Decedent Robert Vaughn Crisp, II, was an adult citizen of Louisiana and he resided at 296 Gentry Road, Washington, Louisiana 70589. The administratrix of Mr. Crisp's estate is his surviving spouse, Mignone Denay Crisp. In her capacity as the administratrix of the Estate of Robert Vaughn Crisp, II, Defendant/Claimant Mrs. Crisp may be served at 296 Gentry Road, Washington, Louisiana 70589.

14.

Defendant/Claimant Mignone Denay Crisp is an adult citizen of Louisiana and she resides at 296 Gentry Road, Washington, Louisiana 70589. Mrs. Crisp is the surviving spouse of decedent Robert Vaughn Crisp, II.

15.

Defendant/Claimant Megan Thomas is an adult citizen of Louisiana and she resides at 330 Fue Follet Road, Apartment 165, Lafayette, Louisiana 70508. Upon information and belief, Ms. Thomas was in close proximity to the airplane crash.

16.

Defendants/Claimants Kristie Danielle Britt and Robert Britt, individually and on behalf of their minor child, Elliott Britt, are adult citizens of Louisiana and they reside at 126 Pigeon Loop, Lafayette, Louisiana 70508. Upon information and belief, Mrs. Britt was a bystander injured in the crash.

17.

Defendant/Claimant Andy Truxillo is an adult citizen of Louisiana and he resides at 121 N. Locksley Drive, Lafayette, Louisiana 70508. Mr. Truxillo is the father of Kristie Danielle Britt.

18.

Endurance investigated the claims brought by Defendants/Claimants and has made diligent effort to identify all claimants; however, there may be other claims of which Endurance is not yet aware.  If Defendants and/or Defendant/Claimants are aware of any additional claimants who may have a real or potential claim against the Policy limits, Endurance requests they be identified. If additional real or potential claimants are identified in the future, Endurance will request leave to amend this Complaint to name them as parties.

## JURISDICTION AND VENUE

19.

This is a civil action for interpleader governed by Rule 22 of the Federal Rules of Civil Procedure as Defendants' claims may expose Endurance to double or multiple liabilities.

20.

Joinder for interpleader is proper even though Endurance may deny liability in whole or in part to any or all of the Claimants. Fed. R. Civ. Pro. 22(1)(B).

21.

This Court has original jurisdiction under 28 U.S.C. § 1332 as this civil action involves citizens of different states – Plaintiff is a citizen of Delaware and New York, and Defendants are citizens of Louisiana – and the amount in controversy exceeds $75,000, exclusive of interests and costs.

22.

Venue is proper in the Western District of Louisiana pursuant to 28 U.S.C. §1391 because it is the judicial district in which one or more of the Defendants reside, and where a substantial part of the events giving rise to the claim occurred.

## II.     FACTS AND CAUSE OF ACTION IN INTERPLEADER

23.

Endurance issued Aircraft Insurance Policy No. NAI6025731 to Cheyenne Partners, LLC for the period July 1, 2019 to July 1, 2020 (the "Policy"), with a combined Single Limit for Bodily Injury and Property Damage liability of $5 million Each Person/Each Occurrence, including crew and passengers.

24.

Additional Insureds named on the Policy and relevant here are: Eagle Air, LLC, Global Data Systems, Inc., SLD Aircraft, LLC, Ian Biggs (Pilot), Southern Lifestyle Development Company, LLC and Rodney Savoy. Upon information and belief, the Additional Insureds named herein had some involvement with respect to the flight, the pilot or ownership and/or maintenance of the aircraft.

25.

On December 28, 2019, the Piper PA 31T airplane owned by Cheyenne Partners, LLC and piloted by Ian Biggs crashed shortly after takeoff from the regional airport in Lafayette, Louisiana (the "Accident").

26.

Ian Biggs, the pilot, was killed in the crash. Based upon information and belief, Mr. Biggs was an employee of Global Data Systems, Inc. and/or Southern.

27.

Robert Vaughn Crisp, II, a passenger, was killed in the crash. He is survived by his wife Mignone Denay Crisp. Based upon information and belief, Mr. Crisp was the Vice-President of Operations for Global Data Systems, Inc.

28.

Gretchen Vincent, a passenger, was killed in the crash. She is survived by her husband, Chris Vincent. The Vincent's minor child, Michael Walker Vincent, was also a passenger and was killed in the crash.

29.

Carley Ann McCord, a passenger, was killed in the crash. She is survived by her husband, Steven Ensminger, Jr., and parents, Tracy McCord and Karen McCord.

30.

Stephen Wade Berzas, a passenger, was injured in the crash. Upon information and belief, Mr. Berzas is employed as the Vice-President of Sales and Marketing for Global Data Systems, Inc.  Mr. Berzas' wife, MacKenzie Berzas, may have also sustained a loss as a result of the injuries to Mr. Berzas.

31.

Kristie Danielle Britt, a bystander, was injured when a portion of the plane hit her car, causing it to flip over and catch on fire. Mrs. Britt's husband, Robert Britt, may have witnessed

her injuries, and minor child, Elliott Britt may have also sustained a loss as a result of the injuries to Mrs. Britt.

32.

Andrew Truxillo, father of Kristie Danielle Britt, arrived on the scene shortly after the crash and visited Mrs. Britt in the ambulance. He may have also sustained a loss as a result of the injuries to Mrs. Britt.

33.

Megan Thomas, a bystander, allegedly sustained psychological injuries, including post-traumatic stress disorder from being in close proximity to the airplane crash.

34.

Conflicting claims exist regarding entitlement to the Policy limits.  Specifically, on January 28, 2020, Defendants/Claimants Steven Ensminger, Jr., Tracy McCord and Karen McCord made demand upon Endurance for Cheyenne Partners, LLC's liability insurance policy limits.  Payment of this demand would not resolve the claims of the other Defendants/Claimants. Endurance is uncertain as to which of the Defendants/Claimants is properly entitled to the Policy limits. Endurance is also uncertain as to the proper allocation of Policy limits amongst the Defendants/Claimants.

35.

Consequently, Endurance is justifiably uncertain as to whether payment of the Policy limits to any of the aforementioned Defendants/Claimants would subject it and its Insureds to multiple and vexatious litigation at some point in the future. Endurance is unable to ascertain, without hazard to itself and/or its Insureds, which of the Defendants/Claimants is or are legally

entitled to the Policy limits and cannot pay those funds without assuming the responsibility of determining unresolved questions of law and fact.

36.

Endurance claims no beneficial interest in the Policy limits, but is a mere stakeholder. Endurance does not in any respect collude with any of the Defendants touching the matters in this action.

37.

Endurance is and has at all times been willing, ready, and able to pay the person or persons legally entitled to receive the Policy limits and will deposit with the Clerk of the Court the entire amount of said funds as soon as the Court approves of said deposit.

38.

Endurance waives its right to collect any attorneys' fees that would be payable from the Policy limits in order to ensure the entire amount is available for the Defendants/Claimants.

**WHEREFORE, PREMISES CONSIDERED**, Endurance American Insurance Company prays as follows:

A. That process be issued to and served on the Defendants/Claimants and that they be required to interplead and assert their respective claims to the subject funds paid into the registry of the Court and settle among themselves their rights or claims thereto.

B. That the Policy limits, which will be deposited with the Clerk of the Court, be accepted into the registry of the Court to be held in an interest bearing account for future disbursement to the person or persons adjudged by this Court to be lawfully entitled thereto.

C. That this Court adjudicate that the aforesaid amount is the extent of Endurance American Insurance Company's liability to anyone with respect to Aircraft Insurance Policy No. NAI6025731 issued to Cheyenne Partners, LLC.

D. That this Court issue an order of injunction, pursuant to 28 U.S.C. §2361, enjoining and restraining the Defendants/Claimants, their agents, attorneys, successors, personal representatives, heirs, devisees, legatee, and assigns from asserting, instituting or prosecuting any and all demands, claims, actions or causes of actions pertaining to or in manner relating to or arising out of the Accident and/or the subject Policy against Endurance and/or any of its Insureds and that in due course said order of injunction be made permanent.

E. That this Court determine the appropriate allocation of the Policy limits among the Defendants/Claimants.

F. That Endurance be finally dismissed from this action, with prejudice, and fully discharged from any further liability which in any manner may arise under the Policy and the funds held in this account and that this Court adjudicate to whom the Clerk of this Court shall disburse the subject funds deposited into the registry of this Court.

G. For such other and further relief as this Court deems equitable and just.

Respectfully submitted,

BY: <u>s/Tabitha R. Durbin</u>
JENNIFER E. MICHEL (#18114)
TABITHA R. DURBIN (#29164)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
100 East Vermilion Street, Suite 300
Lafayette, Louisiana  70501
Telephone: 337-326-5777
Facsimile: 337-504-3341
Email:  Jenny.Michel@lewisbrisbois.com
           Tabitha.Durbin@lewisbrisbois.com
*Counsel for Endurance American Insurance Company*

## Certificate of Service

I certify that a copy of the above and foregoing has been served on the following counsel of record in this matter by filing with the Court's CM/ECF System this 6th day of May, 2020.

<u>s/Tabitha R. Durbin</u>

4816-4243-7819.1