IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ENDURANCE AMERICAN INSURANCE COMPANY** | * * * | **CIVIL ACTION NO.: 6:20-00571** |
| **VERSUS** | * * | **JUDGE:  MICHAEL J JUNEAU** |
| **CHEYENNE PARTNERS, LLC, et al.** | * * | **MAGISTRATE JUDGE: PATRICK J. HANNA** |

### ENDURANCE AMERICAN INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT (F.R.C.P.7.1)

Defendant Endurance American Insurance Company hereby files its corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Endurance American Insurance Company is 100% owned by Endurance Assurance Corporation.

2. Endurance Assurance Corporation is a wholly owned subsidiary of Endurance U.S. Holdings Corp., which is wholly owned by Endurance Specialty Insurance Ltd.

3. Endurance Specialty Insurance Ltd. is a wholly owned subsidiary of Endurance Specialty Holdings Ltd.

4. Endurance Specialty Holdings Ltd. is a wholly owned subsidiary of Sompo Japan Nipponkoa Insurance Inc.

5. Sompo Japan Nipponkoa Insurance Inc. is a wholly owned subsidiary of Sompo Holdings, Inc., a holding company headquartered in Japan.

6. No entity owns 10% or more of the stock of Sompo Holdings, Inc.

Respectfully submitted,

BY:  s/Tabitha R. Durbin
JENNIFER E. MICHEL (#18114)
TABITHA R. DURBIN (#29164)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
100 East Vermilion Street, Suite 300
Lafayette, Louisiana  70501
Telephone: 337-326-5777
Facsimile: 337-504-3341
Email:  Jenny.Michel@lewisbrisbois.com
          Tabitha.Durbin@lewisbrisbois.com
*Counsel for Endurance American Insurance Company*

4844-0412-4092.1

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served electronically upon all counsel of record who utilize the CM/ECF system and has been electronically mailed to all other counsel of record this 13th day of May, 2020.

s/Tabitha R. Durbin

4844-0412-4092.1