UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ENDURANCE AMERICAN INSURANCE CO    CIVIL ACTION NO.  6:20-CV-00571

VERSUS    JUDGE JUNEAU

CHEYENNE PARTNERS L L C ET AL    MAGISTRATE JUDGE HANNA

## MINUTES OF COURT

An in-person status conference was held on September 18, 2020, starting at 9:30 a.m. and ending at 10:15 a.m.[1] Participating in the conference, along with the undersigned, were:

    Jennifer E. Michel and Tabitha Durbin - counsel for Endurance American Insurance Co.;

    Randall K. Theunissen - counsel for Cheyenne Partners LLC and Eagle Air LLC,

    John R. Walker – counsel for Global Data Systems Inc.;

    Kenneth H. Laborde – counsel for SLD Aircraft LLC, Southern Lifestyle Development Co. LLC, and Rodney L. Savoy;

    Philip C. Brickman – counsel for the Estate of Ian Biggs;

    Jonathan C Pedersen – counsel for Steven Ensminger, Jr., Tracy McCord and Karen McCord;

    Michael J Remondet, Jr. - counsel for Chris Vincent individually and on behalf of Gretchen David Vincent and M. W. V.;

---

[1]     Statistical time: 45 minutes.

Richard C. Broussard and Blake David – counsel for Stephen Berzas and MacKenzie Berzas;

Dustin Carter and Matthew Crotty – counsel for the Estate of Robert Vaughn Crisp II and Mignone Denay Crisp;

Mark G. Artall – counsel for Megan Thomas;

Patrick C. Morrow, Jeffrey M. Bassett and Craig Morrow – counsel for Kristie Danielle Britt individually & on behalf of E. B., Robert Britt individually & on behalf of E. B. and Andy Truxillo;

John W. Martinez – counsel for Travelers Casualty & Surety Co.; and,

Joseph P. Guichet – counsel for Travelers Indemnity Co. of Connecticut.

Following discussion, the Court stated its intent to enjoin any and all of the parties' lawsuits pending in state court and to order them to assert all claims in this Court, and the parties agreed. The Court indicated that the Motion for Partial Dismissal for Failure to State a Claim by MacKenzie Berzas, Stephen Berzas, Kristie Danielle Britt, Robert Britt, Mignone Denay Crisp, Robert Vaughn Crisp II Estate, Steven Ensminger, Jr, Karen McCord, Tracy McCord, Andy Truxillo, Rec. Doc. [26] is DENIED AS MOOT. Accordingly;

IT IS HEREBY ORDERED that all parties are hereby enjoined from the beginning or continued prosecution of any and all suits, actions, or legal proceedings of any nature or description whatsoever, except in the present

proceedings, in respect of any claim arising out of the December 28, 2019 plane crash in Lafayette, Louisiana of the Piper PA 31T airplane owned by Cheyenne Partners, LLC and piloted by Ian Biggs.

Following further discussion, the parties agreed that although a Rule 26 Conference has not taken place and a scheduling order has not been issued, they may commence discovery.

The Court also notified the parties that a scheduling order will be issued.

Counsel are cautioned that, upon receipt of e-mail notification that a scheduling order has been issued, the scheduling order should be printed and read in its entirety. The e-mail notification is a summary and does not incorporate all of the information set forth in the scheduling order.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 22nd day of September, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE