UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ENDURANCE AMERICAN INSURANCE CO.** | **CIVIL ACTION NO. 6:20-CV-00571** |
| **VERSUS** | **JUDGE JUNEAU** |
| **CHEYENNE PARTNERS, LLC, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for consideration of two Motions to Dismiss Counterclaims filed by Plaintiff-in-interpleader Endurance Insurance Co. Rec. Docs. 138, 195. The Magistrate Judge issued two reports and recommendations, each recommending denial of the Motion. Rec. Docs. 214, 217. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's reports and recommendations are correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Rec. Doc. 214, the Motion to Dismiss the Counterclaims filed by the following Defendants-in-interpleader: Mignone Denay Crisp, individually and as administratrix of the Estate of Robert Vaughn Crisp II;

Stephen Wade Berzas and MacKenzie Berzas, individually and on behalf of their four minor children M.B., G.B., C.B., and K.B.; Kristie Danielle Britt and Robert E. Britt, Jr., individually and on behalf of their minor son R.E.B., and Andy Truxillo; Stephen Ensminger, Jr., individually and on behalf of his late wife Carley McCord Ensminger; Michael Christopher Vincent, individually and in his capacity as administrator of the Estates of Gretchen David Vincent and Michael Walker Vincent, respectively; and, Megan Thomas, Rec. Doc. 138, is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Rec. Doc. 217, the Motion to Dismiss the Counterclaims filed by the following Defendants-in-interpleader: Megan Thomas and Allen Richardson on behalf of their minor child I.R.; Rayna Ledet, individually and on behalf of her minor child D.M.; Rayna Ledet and Rodney Gardner on behalf of their minor children R.G. and R.G.; Ashley Ballard, individually; Ashley Ballard and Anthony Boudreaux on behalf of their minor children A.B. and A.B.; and, Ashley Ballard and Roy Nora on behalf of their minor child A.B., Rec. Doc. 195, is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 8th day of December, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE