UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ENDURANCE AMERICAN INSURANCE COMPANY** | * **DOCKET NO. 6:20-cv-00571** |
| | * |
| | * **JUDGE: MICHAEL J. JUNEAU** |
| **VERSUS** | * |
| | * **MAGISTRATE: PATRICK J. HANNA** |
| **CHEYENNE PARTNERS LLC, et. al** | * |

**ORDER**

Considering *Plaintiff's Second Motion for Leave to File Amended Complaint for Interpleader*,

**IT IS ORDERED** that leave of court be granted to Plaintiff Endurance American Insurance Company to file its Second Amended Complaint for Interpleader.

Lafayette, Louisiana on this 4th day of January 2021.

_____
JUDGE, WESTERN DISTRICT OF LOUISIANA