UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ENDURANCE AMERICAN** | * | **DOCKET NO. 6:20-cv-00571** |
| **INSURANCE COMPANY** | * | |
| | * | **JUDGE: MICHAEL J. JUNEAU** |
| **VERSUS** | * | |
| | * | **MAGISTRATE: PATRICK J. HANNA** |
| **CHEYENNE PARTNERS LLC, et. al** | * | |

**SECOND AMENDED COMPLAINT FOR INTERPLEADER**

Plaintiff Endurance American Insurance Company ("Endurance") amends its Complaint for Interpleader[1] through the statements below.

A. The Complaint for Interpleader is amended to include Paragraph 17-H:

17-H.

Defendant/Claimant Damian Lucas Crisp is an individual of the age of majority domiciled and residing in the State of Texas. Mr. Crisp is the son of Robert Vaughn Crisp II.

B. Paragraph 27 of the Complaint for Interpleader should be amended to read:

27.

Robert Vaughn Crisp II, a passenger, was killed in the crash. He is survived by his wife Mignone Denay Crisp and son Damian Lucas Crisp. Based upon information and belief, Robert

---

[1] R. Doc. 1.

>   Vaughn Crisp II was the Vice-President of Operations for Global Data Systems, Inc.

C.  Endurance realleges and incorporates all other allegations of its original Complaint for Interpleader, and First Amending Complaint for Interpleader by reference as if reproduced below in their entirety.

>   Accordingly, Endurance American Insurance Company prays for this Court to:
>
>   a.  adjudicate that the $5,000,000 deposited into the registry of the Court on or around June 19, 2020 is the extent of Endurance American Insurance Company's liability to anyone with respect to Aircraft Insurance Policy No. NAI6025731 issued to Cheyenne Partners, LLC;
>
>   b.  issue an order of injunction under 28 U.S.C. §2361 or otherwise at law, enjoining and restraining the Defendants/Claimants, their agents, attorneys, successors, personal representatives, heirs, devisees, legatee, and assigns from asserting, instituting or prosecuting any and all demands, claims, actions or causes of actions pertaining to or in manner relating to or arising out of the Accident and/or the subject Policy against Endurance and/or any of its Insureds and in due course make this order of injunction permanent;
>
>   c.  determine the appropriate allocation of the Policy limits among the Defendants/Claimants;
>
>   d.  dismiss Endurance from this action with prejudice and fully discharge it from all further liability that may arise under the Policy and claims against the funds deposited into the registry of this Court;

e. adjudicate to whom the Clerk of this Court shall disburse the subject funds deposited into the registry of this Court; and

f. grant all other relief the Court determines to be just and proper.

Respectfully submitted by,

By: */s/ Jennifer E. Michel*
JENNIFER E. MICHEL (#18114)
TABITHA R. DURBIN (#29164)
MICHAEL L. BARRAS (#30855)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
100 East Vermilion Street, Suite 300
Lafayette, Louisiana 70501
Tel:   (337) 326-5777
Fax:   (337) 504-3341
jenny.michel@lewisbrisbois.com
tabitha.durbin@lewisbrisbois.com
michael.barras@lewisbrisbois.com
*Counsel for Endurance American Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served electronically upon all counsel of record who utilize the CM/ECF system and has been electronically mailed to all other counsel of record this 23rd day of December 2020.

  /s/    Jennifer E. Michel