UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN INSURANCE COMPANY | CIVIL ACTION NO. 20-0571 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHEYENNE PARTNERS, LLC, ET AL. | MAGISTRATE JUDGE AYO |

## ORDER

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and consideration of objections and responses (Rec. Docs. 471, 473, 485, 501, and 502) filed, this Court concludes that the Magistrate Judge's Report and Recommendation (Rec. Doc. 449) is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Claimants' motion for partial summary judgment (Rec. Doc. 391) is **GRANTED**, and the Insurers' cross-motion for partial summary judgment (Rec. Doc. 414) is **DENIED**, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 14th day of November, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT